**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stacey D. Adams |
| v. | : | Mag. No. 25-15195 |
| BRANDON RODRIGUEZ | : | **ORDER FOR CONTINUANCE** |

 

1.    This matter came before the Court on the joint application of the United States (Edeli Rivera and Francesca Liquori, Assistant U.S. Attorneys, appearing), and defendant Brandon Rodriguez (Patrick McMahon, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through November 11, 2025.

2.    This Court has previously granted one § 3161(h)(7)(A) continuance in this case.

3.    Counsel for the parties represented that this continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.    Counsel for the United States also represented that this continuance is necessary to prevent any non-excludable days under § 3161(h) from expiring.

5.    The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.    The defendant, through counsel, has consented to this continuance.

7.    FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

a.     The parties desire additional time to negotiate a plea agreement, which would render grand jury proceedings and a trial in this matter unnecessary.

b.     Despite the exercise of diligence, the circumstances of this case require giving defense counsel a reasonable amount of additional time for effective preparation.

c.     The defendant has consented to a continuance.

d.     Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from the date this Order is signed through November 11, 2025, and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_Stacey D. Adams_
HON. STACEY D. ADAMS
United States Magistrate Judge

Dated: September __15th__, 2025

- 2 -

Form and entry consented to:

*s/ Edeli Rivera*
_____
Edeli Rivera
Assistant U.S. Attorney

*s/ Patrick McMahon*
_____
Patrick McMahon
Counsel for Defendant Brandon
Rodriguez